**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LAWRENCE BRIGNAC,           )   NO. CV 08-07612 JFW (SS)
                           )
            Petitioner,     )
                           )   **JUDGMENT**
       v.                 )
                           )
JOHN W. HAVILAND, ACTING Warden, )
                           )
           Respondent.     )
_____)

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 25, 2009

                          _____
                           JOHN F. WALTER
                           UNITED STATES DISTRICT JUDGE